UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JOHN DALY, ET AL**

v.  **CIVIL ACTION NO. 12-11101-DJC**

**CITY OF NEWTON**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to reopen the action if settlement is not consummated.

August 28, 2012

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk